COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Dr. Michael (Mikhail) Tyurin v. Capital One, N.A., David Walton, Bank of America, N.A., Matthew D. Durham, Synchrony Bank, and Citibank, N.A. |
| Appellate case number: | 01-16-00810-CV |
| Trial court case number: | 2016-45823 |
| Trial court: | 234th District Court of Harris County |

Appellant, Dr. Michael (Mikhail) Tyurin, has filed notices of appeal of the trial court's (1) April 26, 2017 order granting appellee Bank of America, N.A.'s Rule 91a Motion to Dismiss; (2) April 26, 2017 order granting appellee Matthew D. Durham's Rule 91a Motion to Dismiss; (3) May 8, 2017 order granting appellee Synchrony Bank's traditional and no-evidence motion for summary judgment; and (4) May 8, 2017 order granting appellee Citibank, N.A.'s traditional and no-evidence motion for summary judgment.[1]  On September 27, 2017, we granted Appellant's motion for an extension of time to file his brief and notified him that any brief filed in this appeal must comply with all requirements of Texas Rule of Appellate Procedure 38.1.  *See* TEX. R. APP. P. 38.1 (governing contents and organization of appellant's brief).  On October 27, 2017, appellant filed his "Appellant's Brief on the Merits."

Although we construe an appellate brief liberally, a party proceeding pro se must comply with all applicable procedural rules. *Green v. Midland Mortg. Co.*, 342 S.W.3d 686, 692 n.7 (Tex. App.—Houston [14th Dist.] 2011, no pet.).  Appellant's Brief on the Merits does not contain a concise statement of the issues presented for review or "a clear and concise argument for the contentions made."  *See* TEX. R. APP. P. 38.1(f), (i).  Additionally, the brief does not include a concise "Statement of the Case," a "Statement of Facts" that "concisely and without argument" states the facts pertinent to the issues

---

[1]  On June 13, 2017, we previously dismissed Tyurin's appeal as to Capitol One, N.A. and David Walton.

presented, or a "Summary of the Argument" that presents "a succinct [and] clear" statement of the arguments contained in the brief. *See id.* 38.1(d), (g), (h).

Accordingly, we **STRIKE** "Appellant's Brief on the Merits" filed on October 27, 2017. Appellant is directed to file an **"Appellant's Brief on the Merits" that complies with all applicable requirements of Texas Rule of Civil Procedure 38.1 no later than 30 days from the date of this order.** *See* **TEX. R. APP. P. 38.1, 38.9.**

Appellees' briefs, if any, will be due within 30 days after "Appellant's Brief on the Merits" is filed, as directed in this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
       ☑ Acting individually  ☐ Acting for the Court

Date: December 19, 2017